PHILLIP A. TALBERT
Acting United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900
Dean.Carter@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GALDAMEZ,<br><br>                                   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                                   Defendant. | CASE NO.:  2:20-cv-00152-KJM-AC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

The parties submit the following stipulation to extend the remaining discovery deadlines in this matter by ninety (90) days.  Pursuant to Fed. R. Civ. P. 16(b)(4), good cause exists to extend these remaining deadlines.  Because Plaintiff claims that he will need a total hip replacement, the United States believes that an independent medical examination of Plaintiff will likely be necessary. However, the United States Attorney's Office is authorizing in-person contacts for civil cases only in extraordinary cases and, consequently, undersigned counsel is unable to obtain authorization for an independent medical examination of Plaintiff at this time.  Similarly, counsel for both parties would prefer to conduct depositions in person rather than remotely.

The parties therefore respectfully request that the Court grant a ninety-day extension of time of the remaining discovery deadlines.  Due to the declining number of COVID-19 cases in California and the increase in availability of COVID-19 vaccines, the United States anticipates that this ninety-day extension of time will be sufficient to obtain authorization for in-person contacts in this case.

Accordingly, by and between the parties and subject to Court approval,

IT IS HEREBY STIPULATED that the following deadlines be extended by **ninety (90) days**:

| Discovery matter | Original deadline | New deadline |
|---|---|---|
| Fact discovery cut-off | May 28, 2021 | August 26, 2021 |
| Expert disclosures | June 30, 2021 | September 28, 2021 |
| Rebuttal expert disclosures | July 30, 2021 | October 28, 2021 |
| Expert discovery cut-off | August 27, 2021 | November 25, 2021 |
| Dispositive motions heard | September 17, 2021 | December 16, 2021 |

Dated:  March 30, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney

                                   By:    */s/ W. Dean Carter*
                                          W. DEAN CARTER
                                          Assistant United States Attorney

                                          Attorneys for Defendant
                                          United States of America

Dated:  March 30, 2021                    STAWICKI ANDERSON & SINCLAIR

                                   By:    */s/ Nicholas Anderson*
                                          Nicholas Anderson

                                          Attorneys for Plaintiff
                                          Samuel Galdamez

### Order

For good cause shown, the court **grants** the stipulation and approves the new deadlines, except for the deadline for dispositive motions to be heard.  The court sets the deadline for dispositive motions to be heard for December 17, 2021.

**IT IS SO ORDERED.**

DATED:  April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER