```
PHILLIP A. TALBERT
Acting United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2781
Facsimile: (916) 554-2900
Dean.Carter@usdoj.gov
```

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GALDAMEZ,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO.:  2:20-cv-00152-KJM-AC<br><br>**STIPULATION AND ORDER TO**<br>**EXTEND DISCOVERY DEADLINES** |

  The parties submit the following stipulation to extend the remaining discovery deadlines in this matter by ninety (90) days.  Pursuant to Fed. R. Civ. P. 16(b)(4), good cause exists to extend these remaining deadlines because an extension will allow the parties to avoid unnecessary expenses related to discovery and expert disclosures while the parties attempt to settle this matter.  The parties have contacted Magistrate Judge Claire's chambers to obtain available dates for a settlement conference.  Pursuant to Local Rule 144(b), the parties previously requested and obtained a ninety-day extension of time of these deadlines on April 5, 2021.

  The parties therefore respectfully request that the Court grant a ninety-day extension of time of the remaining discovery deadlines.

STIPULATION AND ORDER

1

Accordingly, by and between the parties and subject to Court approval,

IT IS HEREBY STIPULATED that the following deadlines be extended by **ninety (90) days**:

| Discovery matter | Original deadline | New deadline |
|---|---|---|
| Fact discovery cut-off | August 26, 2021 | November 24, 2021 |
| Expert disclosures | September 28, 2021 | December 27, 2021 |
| Rebuttal expert disclosures | October 28, 2021 | January 26, 2022 |
| Expert discovery cut-off | November 25, 2021 | February 23, 2022 |
| Dispositive motions heard | December 17, 2021 | March 18, 2022 |

Dated:  August 23, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ W. Dean Carter
W. DEAN CARTER
Assistant United States Attorney

Attorneys for Defendant
United States of America

Dated:  August 23, 2021

STAWICKI ANDERSON & SINCLAIR

By:   /s/ Nicholas Anderson
Nicholas Anderson

Attorneys for Plaintiff
Samuel Galdamez

## ORDER

The court **grants** the stipulation as outlined, except dispositive motions will be heard on March 25, 2022 as March 18, 2022 is not an available civil law and motion date. **IT IS SO ORDERED.**

DATED:  August 24, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER