1  PHILLIP A. TALBERT
   Acting United States Attorney
2  W. DEAN CARTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2781
   Facsimile: (916) 554-2900
5  Dean.Carter@usdoj.gov

6  Attorneys for the United States

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

10 SAMUEL GALDAMEZ,                    CASE NO.:  2:20-cv-00152-KJM-AC

11                Plaintiff,            **STIPULATION AND ORDER TO
                                        SCHEDULE SETTLEMENT
12 v.                                   CONFERENCE BEFORE MAGISTRATE
                                        JUDGE ALLISON CLAIRE**
13 UNITED STATES OF AMERICA,

14                Defendant.

STIPULATION AND ORDER TO SET
SETTLEMENT CONFERENCE

1

By and between the parties and subject to the Court's approval:

Plaintiff Samuel Galdamez and Defendant the United States, through counsel, hereby stipulate and agree to setting a settlement conference before Magistrate Judge Allison Claire. Judge Claire's chambers have confirmed her availability for a settlement conference on November 30, 2021.

Dated:  August 24, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ W. Dean Carter
W. DEAN CARTER
Assistant United States Attorney
Attorneys for Defendant
United States of America

Dated:  August 24, 2021

STAWICKI ANDERSON & SINCLAIR

By:  /s/ Nicholas Anderson
NICHOLAS ANDERSON
Attorneys for Plaintiff
Samuel Galdamez

**IT IS SO ORDERED.**

DATED:  August 30, 2021.

CHIEF UNITED STATES DISTRICT JUDGE